**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60769-GAYLES**

**HOSSEIN ADELI GOLTAPEI**,

      Petitioner,

v.

**BROWARD TRANSITIONAL
CENTER**,

      Respondent.

                                  /

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Petitioner Hossein Adeli Goltapei's *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [ECF No. 1]. Petitioner challenges his detention at Broward Transitional Center while he appeals an immigration judge's denial of his application for asylum, withholding of removal, and protection under Article 3 of the United Nations Convention Against Torture. [ECF No. 1-1 at 3–4, 12].

When "entertaining an application for a writ of habeas corpus," a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id.*

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Within **ten days of the date of this Order**, Respondent shall file a memorandum of fact and law to show cause why this Petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of the Petition.

2.  Respondent shall serve its response and any accompanying documents on Petitioner.

3.  Petitioner may, but is not required to, file a reply **within five days from the date of Respondent's response**.

4.  To preserve the status quo and the Court's jurisdiction, Respondent shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) (granting "temporary injunctive relief" against removal to preserve the court's jurisdiction while adjudicating the merits of the case).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of March, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   **Hossein Adeli Goltapei**, *pro se*
A# 220514348
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov